```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

     - v. -                       :    INDICTMENT

MARKENSEY FRANCOIS,                    08 Cr.
JEROME FORD,
JOSE RODRIGUEZ,                   :    08 CRIM 616

               Defendants.        :

- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 8 2008

### COUNT ONE

The Grand Jury charges:

1. From at least in or about April 2008, up through and including May 19, 2008, in the Southern District of New York and elsewhere, MARKENSEY FRANCOIS, JEROME FORD, and JOSE RODRIGUEZ, the defendants, together with others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, FRANCOIS, FORD, and RODRIGUEZ, together with others known and unknown, conspired to commit armed robberies of several commercial establishments, including bodegas, restaurants, bars, and convenience stores, located in the New York City area, the proceeds and commodities of which businesses affected interstate commerce.

Overt Acts

2.  In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

   a.  On or about May 19, 2008, FRANCOIS FRANCOIS, JEROME FORD, and JOSE RODRIGUEZ, the defendants, and others known and unknown, drove in a vehicle from Brooklyn, New York, to Manhattan, New York, after committing the robberies described in overt acts (b) and (c).

   b.  On or about May 19, 2008, FRANCOIS, FORD, and RODRIGUEZ robbed a convenience store located in the vicinity of Myrtle Avenue, Queens, New York.

   c.  On or about May 19, 2008, FRANCOIS, FORD, and RODRIGUEZ robbed a bar located in the vicinity of 3rd Avenue, Brooklyn, New York.

(Title 18, United States Code, Section 1951.)

COUNT TWO

The Grand Jury further charges:

3.  On or about May 19, 2008, in the Southern District of New York, MARKENSEY FRANCOIS, JEROME FORD, and JOSE RODRIGUEZ, the defendants, unlawfully, willfully, and knowingly, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely, the robbery conspiracy charged in Count One of this Indictment, did use and

carry firearms, and, in furtherance of such crime, did possess firearms, and did aid and abet the use, carrying, and possession of firearms, which were brandished during the robberies referenced in Count One of this Indictment.

(Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.)

/s/ _____        /s/ _____
FOREPERSON                            MICHAEL J. GARCIA
                                      United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

MARKENSEY FRANCOIS,
JEROME FORD,
JOSE RODRIGUEZ,

Defendants.

---

INDICTMENT

08 Cr.

(18 U.S.C. §§ 2, 924(c), 1951.)


　　　　　　　　　　　　　MICHAEL J. GARCIA
　　　　　　　　　　　United States Attorney.

*/s/ Keith Miller*
A TRUE BILL                              FOREPERSON

7/8/08 - Fld. Indictment, case assigned to Judge Cote.

Eaton, J. U.S.M.J.