# JEFFREY G. PITTELL
ATTORNEY AT LAW

MAHER & PITTELL, LLP
299 East Shore Road
Great Neck, New York 11023
www.jpittell.com

Tel (516) 829-2299
Fax (516) 977-3003
Email jp@jpittell.com

RECEIVED JUL 14 2008 CHAMBERS OF DENISE COTE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

**MEMO ENDORSED**

July 11, 2008

Hon. Denise L. Cote
U.S. District Court
500 Pearl St
New York, NY 10007

Re: *U.S. v. Jose Rodriguez*, 08 cr 616

Dear Judge Cote;

We are counsel to Jose Rodriguez, a defendant in the above referenced matter.

Previously, the Magistrate Judge directed Mr. Rodriguez be released pursuant to surety bond which, among other conditions, had to be signed by five suretors. Thereafter, the bond was signed by five suretors. Since then one suretor – Johnny Perez – indicated he does not want to remain as a suretor. Accordingly, we have arranged for an additional suretor to sign the bond in place of Mr. Perez. Earlier today, this suretor was interviewed, and approved, by the Government.

Accordingly, we respectfully request you issue an order, by endorsement of this letter, which removes Mr. Perez as a suretor in the above referenced matter. We have conferred with the Government and they consent to this request.

Very truly yours,

Jeffrey Pittell

cc: Todd Blanche, AUSA

SO ORDERED

*/s/ Denise Cote*
July 14, 2008